UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20916-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

v.

ALFONSO ALLEN,

    Defendant.

_____/

**RENEWED MOTION TO SUPPRESS EVIDENCE [DE 477]**

The Defendant, ALFONSO ALLEN, by and through undersigned counsel, hereby files this Renewed Motion to Suppress Evidence and as grounds therefor states:

1. Defendant, through prior counsel, filed a Motion to Suppress Evidence seized as a result of the illegal stop of a vehicle occupied and operated by Defendant on August 17, 2005.  DE 477

2. Defendant, through prior counsel, also filed a motion for leave to file the motion to suppress out of time.  DE 476

3. The Court denied the motion for leave to file out of time and the motion to suppress as untimely. DE 480

3. As this case is back before the Court on a remand from the Eleventh Circuit, Defendant, through present counsel, renews this Motion and asks the Court to hear it prior to trial.

WHEREFORE, Defendant ALFONSO ALLEN prays that this Court grant this motion and any further relief that this Court deems reasonable and just.

                Respectfully submitted,

                ENTIN & DELLA FERA, P.A.

          110 SE 6TH Street
          Suite 1970
          Fort Lauderdale, FL 33301
          (954) 761-7201
          rdellafera@aol.com


         By: s./ Richard F. Della Fera
           RICHARD F. DELLA FERA
           Florida Bar No. 066710

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

        _s/ Richard F. Della Fera_